IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROBIN A., | : | Case No. 1:20-cv-555 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 21)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 21), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, Plaintiff's counsel's § 406(b) Motion for Attorney Fees (doc. 19) is **GRANTED** and counsel is **AWARD** attorney fees in the amount of $9,957.00. Additionally, Plaintiff's counsel is **ORDERED** to remit $4,500.00 of this sum directly to Plaintiff upon receipt of the § 406(b) fee award.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND